**Timothy HAWKINS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 104392**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: July 11, 2017

FOR APPELLANT: Randall Brachman, Assistant Public Defender, 1010 Market St., Ste. 1100, St. Louis, Mo 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, Mo 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Timothy Hawkins appeals the judgment dismissing his amended Rule 24.035 motion for post-conviction relief due to violation of the "escape rule." We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).